In the Matter of MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued March 17, 1942; decided April 23, 1942.

*Lloyd F. Thanhouser, Donald W. Smith* and *Harold H. Kissam* for appellant.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.